IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE John L. Kane

Criminal Action No. 11-cr-00242-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Long Khong,

      Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction,

and the defendant was remanded to the custody of the United States Marshal at sentencing, or

has self-surrendered to the designated facility, as confirmed by the United States Bureau of

Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial

matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

Accordingly, it is **ORDERED** that the bond in this case is hereby exonerated and the surety or

sureties, if applicable, are released. It is further **ORDERED** that the bail funds or property

deposited into the registry of the court shall hereby be released by the clerk of the court, or a

designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 2 day of February , 2012.

BY THE COURT:

By _____
(UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO